IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

    Plaintiff,

        v.

LEGRAND NORTH AMERICA, LLC,

    Defendant.

22cv0236
LEAD CASE

---

BLAIR DOUGLASS,

    Plaintiff,

        v.

PRX PERFORMANCE, INC.,

    Defendant.

22cv0240
MEMBER CASE

---

BLAIR DOUGLASS,

    Plaintiff,

        v.

FOREST DECOR, LLC,

    Defendant.

22cv0242
MEMBER CASE

---

BLAIR DOUGLASS,

    Plaintiff,

        v.

QUINCY BIOSCIENCE, LLC,

    Defendant.

22cv0249
MEMBER CASE

BLAIR DOUGLASS,

    Plaintiff,                    22cv0250
                                    MEMBER CASE

        v.

LUCKY HEALTH GROUP, INC.,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                    22cv0257
                                    MEMBER CASE

        v.

REPRESENT YOUR WATER INC.,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                    22cv0261
                                    MEMBER CASE

        v.

PERFORMIX LLC,

    Defendant.

| | |
|---|---|
| BLAIR DOUGLASS, | |
|     Plaintiff, | 22cv0262 |
|     v. | MEMBER CASE |
| TRP ACQUISITION, INC., | |
|     Defendant. | |
| | |
| BLAIR DOUGLASS, | |
|     Plaintiff, | 22cv0263 |
|     v. | MEMBER CASE |
| THREADBEAST, LLC, | |
|     Defendant. | |
| | |
| BLAIR DOUGLASS, | |
|     Plaintiff, | 22cv0264 |
|     v. | MEMBER CASE |
| HARDBODY SUPPLEMENTS, LLC, | |
|     Defendant. | |
| | |
| BLAIR DOUGLASS, | |
|     Plaintiff, | 22cv0268 |
|     v. | MEMBER CASE |
| COVE SMART, LLC, | |
|     Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0286 |
| | MEMBER CASE |
| v. | |
| TERVIS TUMBLER COMPANY, | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0287 |
| | MEMBER CASE |
| v. | |
| DOS OF ROSES, INC., | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| | 22cv0288 |
| Plaintiff, | MEMBER CASE |
| v. | |
| MASSDROP INC., | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0289 |
| | MEMBER CASE |
| v. | |
| ALPHA OES, LLC., | |
| Defendant. | |

BLAIR DOUGLASS,

    Plaintiff,                       22cv0297
                                      MEMBER CASE
       v.

JEWELSCENT, INC.,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                       22cv0305
                                      MEMBER CASE
       v.

DIRECT MARKETING VENTURES, LLC,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                       22cv0306
                                      MEMBER CASE
       v.

TRUEWERK, INC.,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                       22cv0314
                                      MEMBER CASE
       v.

STRIDELINE, LLC.,

    Defendant.

BLAIR DOUGLASS,

    Plaintiff,

        v.

JOAH BROWN, LLC

    Defendant.

22cv0315
MEMBER CASE

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314, and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3. The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314 and 22-315.

        **SO ORDERED** this 23rd day of February, 2022.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge